**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS BAUER,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF-CORONER DEPARTMENT; JOHN McMAHON, individually and as former Assistant Sheriff for the San Bernardino Sheriff-Coroner Department; MARK MARNATI, individually and as Captain for the San Bernardino Sheriff-Coroner Department; ROSS TARANGLE, individually and as Lieutenant for the San Bernardino Sheriff-Coroner Department; TIM LOTSPEICH, individually and as Sergeant for the San Bernardino Sheriff-Coroner Department; TIM SMITH, individually and as Sergeant for the San Bernardino Sheriff-Coroner Department; LAURA ORNELAS, , individually and as Human Resources Officer for the County of San Bernardino; and DOES 1 through 10,<br><br>    Defendants. | Case No. EDCV12-00501-VAP-DTB<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Judge:   Hon. Virginia A. Phillips |

///

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the
2  Stipulation of voluntary dismissal of the above-entitled action, with prejudice, each
3  party to bear his or her own costs and fees, is hereby granted, pursuant to Federal
4  Rules of Civil Procedure, Rule 41(a)(1)(ii)

*/s/ Virginia A. Phillips*

Dated: September 20, 2013

Hon. _____
United States District Court Judge

1  Respectfully submitted,

2

3  Susan E. Coleman, (SBN 171832)
   E-mail: scoleman@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
4  444 South Flower Street, Suite 2400
   Los Angeles, CA 90071-2953
5  Tel: 213.236.0600     Fax: 213.236.2700

6  Attorneys for Defendants
   COUNTY OF SAN BERNARDINO, SAN
7  BERNARDINO COUNTY SHERIFF-CORONER
   DEPARTMENT, TIM LOTSPEICH, MARK
8  MARNATI, JOHN MCMAHON, LAURA ORNELAS,
   TIM SMITH and ROSS TARANGLE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28