JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS BAUER, | Case No. EDCV12-00501-VAP-DTB |
| Plaintiff, | **ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL** |
| v. | |
| COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF-CORONER DEPARTMENT; JOHN McMAHON, individually and as former Assistant Sheriff for the San Bernardino Sheriff-Coroner Department; MARK MARNATI, individually and as Captain for the San Bernardino Sheriff-Coroner Department; ROSS TARANGLE, individually and as Lieutenant for the San Bernardino Sheriff-Coroner Department; TIM LOTSPEICH, individually and as Sergeant for the San Bernardino Sheriff-Coroner Department; TIM SMITH, individually and as Sergeant for the San Bernardino Sheriff-Coroner Department; LAURA ORNELAS, , individually and as Human Resources Officer for the County of San Bernardino; and DOES 1 through 10, | Judge:  Hon. Virginia A. Phillips |
| Defendants. | |

///

1   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the
2   Stipulation of voluntary dismissal of the above-entitled action, with prejudice, each
3   party to bear his or her own costs and fees, is hereby granted, pursuant to Federal
4   Rules of Civil Procedure, Rule 41(a)(1)(ii

Dated: September 20, 2013

_____
Hon. Virginia A. Phillips
United States District Court Judge

1 | Respectfully submitted,

3 | Susan E. Coleman, (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
4 | 444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
5 | Tel: 213.236.0600    Fax: 213.236.2700

6 | Attorneys for Defendants
COUNTY OF SAN BERNARDINO, SAN
7 | BERNARDINO COUNTY SHERIFF-CORONER
DEPARTMENT, TIM LOTSPEICH, MARK
8 | MARNATI, JOHN MCMAHON, LAURA ORNELAS,
TIM SMITH and ROSS TARANGLE